IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERSON A. McGEE and
PERSONS SIMILARLY SITUATED,

    Plaintiffs,                        No. CIV S-09-0740 GEB EFB PS

    vs.

THE STATE OF CALIFORNIA, et al.,

    Defendants.                 ORDER

_____/

        On May 20, 2010, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed May 20, 2010, are ADOPTED; and

2. Plaintiff's motions for a temporary restraining order, Dckt. Nos. 7 and 8, are denied.

Dated:  August 6, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge